1  James L. Blair, #016125
   Randy L. Kingery, #022913
2  **RENAUD COOK DRURY MESAROS, PA**
   One North Central, Suite 900
3  Phoenix, Arizona 85004-4417
   (602) 307-9900 Telephone
4  (602) 307-5853 Facsimile
   jblair@rcdmlaw.com
5  rkingery@rcdmlaw.com

6  *Attorneys for Defendant Systems & Services Technologies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CAROLYN WILLIAMS, | No. _____ |
| Plaintiff, | |
| v. | |
| SYSTEMS & SERVICES TECHNOLOGIES, INC., | **NOTICE OF REMOVAL** |
| Defendant. | |

Please take notice that pursuant to 15 U.S.C. § 1692 *et seq.* (the Fair Debt Collection Practices Act), and 28 U.S.C. § 1441 *et seq.*, Defendant Systems & Services Technologies, Inc. ("SST") files this Notice of Removal from the Maricopa County Superior Court, to this Court. Plaintiff, in her Complaint, has alleged that Defendant SST violated various provisions of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.*, over which this Court has original, federal question jurisdiction. This case should therefore be removed from the Maricopa County Superior Court to this Court on the grounds that:

1. SST is the only defendant in a civil action filed by Plaintiff, Carolyn Williams, in the Superior Court of Arizona, Maricopa County, captioned as *Carolyn Williams v. Systems*

1 *& Services Technologies, et al.*, Case No. CV2010-093174 (hereinafter the "State Court
2 Action").

3     2.    The Complaint in the State Court Action (hereinafter the "State Court Action
4 Complaint") asserts claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C.
5 § 1692, *et seq.*

**TIMELINESS**

7     3.    Defendant was served with the Summons and Complaint on May 28, 2010. This
8 Notice of Removal is filed within 30 days of receipt of that service upon SST and is therefore
9 timely filed under 28 U.S.C. § 1446(b).

**JURISDICTION**

11     4.    Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant removes the State Court
12 Action to this Court, which is the federal judicial district in which the State Court Action is
13 pending.

14     5.    Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action
15 had originally been brought in this Court, this Court would have original, federal question
16 jurisdiction over Plaintiff's FDCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

**ATTACHMENTS OF STATE COURT PROCEEDING**

18     6.    Defendant has served Plaintiff a copy of this Notice, and also filed a copy of this
19 Notice with the state court, pursuant to 28 U.S.C.§ 1446 and LRCiv 3.7. A copy of the state
20 court filing is attached as **Exhibit A.**

21     7.    Defendant has also attached a copy of the state court record, and all process,
22 pleadings and orders served upon defendant in such action, pursuant to 28 U.S.C. § 1446 and
23 LRCiv 3.7. A copy of such state court record, and all process, pleadings, and orders filed in
24 and/or served upon Defendant SST in such action is collectively attached as **Exhibit B.**

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2)                                                        @PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;592202;1

1    8.    **Exhibit C** is attorney Randy L. Kingery's verification, pursuant to LRCiv 3.7(b) that, to the best of his knowledge and belief, **Exhibit B** contains true and complete copies of all pleadings and other documents filed in the state court proceeding.

WHEREFORE, Defendant Systems & Services Technologies, Inc. removes the case styled *Carolyn Williams v. Systems & Services Technologies, et al.*, Case No. CV2010-093174, from the Maricopa County Superior Court of Arizona, to this Court, the United States District Court for the District of Arizona.

**RESPECTFULLY SUBMITTED** this 23rd day of June, 2010.

                      **RENAUD COOK DRURY MESAROS, PA**

                      By: */s/Randy L. Kingery*
                          James L. Blair
                          Randy L. Kingery
                      One North Central, Suite 900
                      Phoenix, AZ 85004-4417
                      *Attorneys for Defendant Systems & Services*
                       *Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. I hereby certify that on this date I mailed a copy to:

Ms. Carolyn Williams
P. O. Box 635
Higley, AZ 85236
*Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 3)          @PFDesktop\;:ODMA/MHODMA/IMANAGE;RCD_PHX;592202;1